No. 1539. ATLANTIC COAST LINE RAILROAD CO. ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 1555. AMERICAN ELECTRIC, INC. v. OLDENKOTT. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 5187. ARRIAGA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5269. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5484. SMITH v. BRANTLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5559. CAMPBELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5962. BLACK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6108. KONTOS v. CREAMER, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 6317. STREULE v. GULF FINANCE CORP. C. A. D. C. Cir. Certiorari denied.

No. 6342. KLEIN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 6451. WINEGAR v. BUCHKOE, WARDEN. Sup. Ct. Mich. Certiorari denied.

No. 6470. COTHRAN ET AL. v. SAN JOSE WATER WORKS ET AL. C. A. 9th Cir. Certiorari denied.

No. 6518. ALLEN v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.